JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHKOLNIK, <br><br> Plaintiff, <br><br> v. <br><br> STEPHANIE ABCEDE (aka STEPHANIE TIRAMBULO), et al., <br><br> Defendants. | Case No. CV 13-5849 FMO (Ex) <br><br> **JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 28th day of March, 2014.

/s/
Fernando M. Olguin
United States District Judge